**Order entered October 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00835-CV

**BAYVIEW LOAN SERVICING, LLC, Appellant**

**V.**

**ESTELA MARTINEZ, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00711**

## ORDER

Before the Court are appellant's October 21, 2014 opposed second motion for extension of time to file brief and appellee's October 22, 2014 memorandum in opposition to appellant's extension motion. We **GRANT** the motion and **ORDER** appellant to file its brief no later than December 4, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
        JUSTICE